UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                       Chapter 7

Joseph M. Bonilla, Jr. and Vilma Bonilla,       Case No. 816-70321-735

         Debtor.                               Affidavit

------------------------------------------------------------X

STATE OF NEW YORK   )
                                 ss.:
COUNTY OF SUFFOLK   )

        Lisa J. Borsella, being duly sworn, deposes and says:

        1.     I am an attorney at law admitted to practice before this Court, and am a partner of the law firm of Rosenberg & Gluck L.L.P. which maintain offices at 1176 Portion Road, Holtsville, New York 11742.

        2.     I am experienced and qualified to represent the Trustee in the prosecution of the personal injury claim involving the Debtor.

        3.     To the best of my knowledge, neither my firm or I have a connection with the Debtor, their creditors, the Trustee, or any other party in interest or their respective attorneys or accountants, except that we were retained by the Debtor to prosecute the personal injury claim.

        4.     To the best of my knowledge, neither my firm nor I have or represent any interest adverse to the Debtor, the Trustee, or the Estate in the matters upon which we are to be engaged.

        5.     Based upon the following, I believe that my firm and I are "disinterested persons" within the meaning of Section 101 of the Bankruptcy Code.

6. I am the attorney who will bear primary responsibility for the representation whose authority is sought herein.

7. I am competent to represent the interests of the Debtor and the Trustee in the prosecution of the personal injury claim.

8. I have advised the Debtor and the Trustee of my firm's willingness to serve as the Trustee's special counsel under the contingency retainer annexed as Exhibit "A."

Lisa J. Borsella

Sworn to before me this
9th day of March, 2016

NOTARY PUBLIC

KIM ELLEN CHURA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CH6059104, SUFFOLK COUNTY
COMMISSION EXPIRES AUGUST 13, 20 19