# EXHIBIT A

# Rosenberg & Gluck L.L.P.
PERSONAL INJURY LAW

1176 Portion Road, Holtsville, New York 11742
(631) 451-7900 • Fax (631) 451-7955 (Not for Service)
www.LILAWYER.com

Dear Joseph Bonilla, Jr.:

You have requested this firm to represent you regarding a claim for personal injuries that you sustained on August 13, 2014. We shall be bound by the following understandings and agreements:

1. The firm will represent you with respect to claims for damages arising from the above indicated accident.

2. In consideration of their services I agree to pay the firm and authorize them to retain out of any recovery made on my claims:

**A contingent fee of thirty-three and one-third percent (33-1/3%) according to one of the two options set forth below. If no money damages are recovered, no legal fee will be due.**

In consideration of the services rendered and to be rendered by the firm, the undersigned hereby agrees to pay them, and they are authorized to retain out of the monies that may come into their hands, whether recovered by suit, settlement or otherwise, the attorney fees and expenses, if applicable under the following two options, entirely at the client's discretion. By placing my initials below, I hereby select the manner in which the fee shall be computed in my case should there be a recovery on my behalf:

## OPTION ONE

[initials] Such percentage shall be computed on the gross sum recovered. In computing the fee, the ~~costs~~ as taxed, including interest upon a judgment shall be deemed part of the amount recovered. The firm will advance court costs and expenses of litigation on their own account, including but not limited to expert testimony, investigative and other services properly chargeable to the enforcement of the claim or prosecution of the action. Repayment of such court costs and expenses are contingent upon the outcome of the matter. The undersigned shall have no obligation to repay court costs and expenses of litigation in the event there are no sums recovered by suit, settlement or otherwise.

## OPTION TWO

[   ] Such percentage shall be computed on the net sum recovered after deducting taxable costs and disbursements, including expenses for expert medical testimony and investigative or other services properly chargeable to the enforcement of the claim or prosecution of the action. **All disbursements and expenses incurred in the enforcement of the claim or prosecution of the action shall be the responsibility of the client.** If, during the enforcement of the claim or during the course of the litigation, the attorney should advance such disbursements and/or expenses that will not constitute a waiver of the client's responsibility to pay said disbursements and/or expenses which shall always remain client's responsibility.

Dated: November 25, 2014
Page 1 of 2

3. Liens or assignments or claims for hospital or medical care by doctors and nurses and other medical providers, or self-insurers or insurance carriers, Workers' Compensation, Medicaid and/or Medicare, or any other enforceable lien or claim, shall not be deducted under either Option One or Option Two in computing the percentages and shall be chargeable to the client.

4. The legal fee shall include all legal services rendered on any appeal, review proceeding or retrial, but this shall not be deemed to require the attorney to take an appeal or re-trial. This retainer agreement is for the court of first instance only, and does not contemplate an appeal of any sort or kind.

5. It shall be your responsibility to provide us with a current mailing address and to promptly notify us of any change. All correspondence and notices shall be sent to the last address you provide.

6. An administrative and clerical expense of $250.00 will be charged for processing of No-Fault benefit claims, exclusive of any arbitration proceedings, during the pendency of the third-party claim. This expense is chargeable only in the event of recovery in the third-party claim or first party UM or SUM claim.

7. A processing fee and clerical expense of $350.00 per application will be charged to the client to process paperwork and respond to inquiries for any financial advances requested by the client from a third-party lender or investor.

THE FIRM WILL INVESTIGATE THIS CLAIM AND THE CLIENT UNDERSTANDS THAT THE FIRM MAINTAINS THE RIGHT TO REJECT THIS CASE, PROVIDED THAT THEY INFORM THE CLIENT OF THEIR DECISION NOT TO HANDLE THIS MATTER WITHIN A REASONABLE TIME TO HIRE OTHER COUNSEL.

If the foregoing meets with your approval, kindly signify your consent by signing your name in the space provided below.

CONSENTED TO AND APPROVED:

_____
Joseph Bonilla, Jr.
DATED: November 25, 2014